An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS EDWARD O'DONNELL,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 69176

**FILED**

DEC 17 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



### *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus seeking an order compelling the district court to grant petitioner bail pending his appeals in *O'Donnell v. State*, Docket Nos. 68258 and 68259. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Thomas Edward O'Donnell
Attorney General/Carson City

SUPREME COURT
OF
NEVADA

(O) 1947A

15-38667